# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 551 MAL 2019
                                  Respondent :
                                         : Petition for Allowance of Appeal
                                         : from the Order of the Superior Court
                v. :
                   :
ROBERT WALTER WILLIAMS, JR., :
                                  Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 552 MAL 2019
                                  Respondent :
                                           : Petition for Allowance of Appeal
                                         : from the Order of the Superior Court
                v. :
                   :
ROBERT WALTER WILLIAMS, JR., :
                                  Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 553 MAL 2019
                                  Respondent :
                                           : Petition for Allowance of Appeal
                                         : from the Order of the Superior Court
                v. :
                   :
ROBERT WALTER WILLIAMS, JR., :
                                  Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 554 MAL 2019
                                  Respondent :
                                           : Petition for Allowance of Appeal
                                         : from the Order of the Superior Court
                v. :

ROBERT WALTER WILLIAMS, JR.,      :

Petitioner      :

COMMONWEALTH OF PENNSYLVANIA,      :    No. 555 MAL 2019

Respondent      :

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

v.      :

ROBERT WALTER WILLIAMS, JR.,      :

Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.